Lawrence C. Locker (WSBA No. 15819)
SUMMIT LAW GROUP, PLLC
315 Fifth Avenue South, Suite 1000
Seattle, WA 98104
(206) 676-7060
larryl@summitlaw.com

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| FARMERS EQUIPMENT COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>ZIMENO, INC.<br>dba MONARCH TRACTOR,<br><br>Defendant. | Case No.: 2:25-cv-02601<br><br>Hon. S. Kate Vaughan<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANT TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT** |

    Plaintiff Farmers Equipment Company ("Plaintiff" or "Farmers") and Defendant Zimeno, Inc. dba Monarch Tractor ("Defendant" or "Monarch") hereby stipulate and agree to extend the time for Monarch to answer, move on, or otherwise respond to Plaintiff's Complaint until January 27, 2026, on the following grounds:

    1.    Plaintiff's Complaint in this action was filed on December 18, 2025.

    2.    Defendant was served with the Complaint on or about December 23, 2025, and its deadline to respond to the Complaint is January 13, 2026.

    3.    Defendant requires additional time to investigate the allegations in the Complaint and prepare its responsive pleading as undersigned counsel was only retained late in the day on January 8, 2026. Counsel for the parties have met and conferred, and the

1  Parties agree that a fourteen (14) day extension of time to answer or otherwise respond to
2  the Complaint will maximize judicial efficiencies for both the Parties and the Court.

3      4.    Plaintiff and Defendant, through their undersigned counsel, agree that good
4  cause for an extension exists and that the time within which Defendant may answer or
5  otherwise respond to Plaintiff's Complaint shall be extended until January 27, 2026.

6      WHEREFORE, the parties request that the Court enter an Order granting Defendant
7  an extension to answer or otherwise respond to Plaintiff's Complaint to January 27, 2026.

9      Respectfully submitted this 12th day of January 2026.

| HELSELL FETTERMAN LLP | SUMMIT LAW GROUP, PLLC |
|---|---|
| By:  /s/ Jacquelyn A. Beatty<br>Jacquelyn A. Beatty (WSBA No. 17567)<br>800 Fifth Avenue, Suite 3200<br>Seattle, Washington 98104<br>Telephone: (206) 689-2154<br>Email: jbeatty@helsell.com | By:  /s/  Lawrence C. Locker<br>Lawrence C. Locker (WSBA No. 15819)<br>325 Fifth Avenue South, Suite 1000<br>Seattle, Washington 98104<br>Telephone: (206) 676-7060<br>Email: larryl@summitlaw.com |
| Attorneys for Plaintiff | Attorneys for Defendant |